

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00015-CR

**VIVIAN MONROE HOLMAN,**

Appellant

**v.**

**THE STATE OF TEXAS,**

Appellee

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-17-C2**

## ORDER

Vivian Monroe Holman filed what could be considered a motion for rehearing on November 6, 2015. Before the Court could rule on that motion, Holman filed a petition for discretionary review with the Court of Criminal Appeals. Our plenary jurisdiction continues after a petition for review is filed in the Supreme Court, but there is no corresponding rule for continuing jurisdiction in this Court after the filing of a petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 19.2; *Vidales v. State*, No. PD-0705-15, 2015 Tex. Crim. App. LEXIS 1056 (Tex. Crim. App. Oct.

7, 2015, publish).  Because there is no rule which gives us plenary power to act after a petition for discretionary review is filed, we have no jurisdiction to decide Holman's motion for rehearing.  *See id*.  Accordingly, Holman's motion for rehearing filed on November 6, 2015 is dismissed for want of jurisdiction.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed December 17, 2015

